No. 92–1662. UNITED STATES *v.* GRANDERSON. C. A. 11th Cir. [Certiorari granted, 509 U. S. 921.] Motion of respondent to dismiss the writ of certiorari as improvidently granted denied.

No. 92–1941. UNITED STATES *v.* CARLTON. C. A. 9th Cir. [Certiorari granted, *ante,* p. 810.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 92–9014. IN RE BAUER. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 807] denied.

No. 93–70. OREGON WASTE SYSTEMS, INC., ET AL. *v.* DEPARTMENT OF ENVIRONMENTAL QUALITY OF THE STATE OF OREGON ET AL.; and
No. 93–108. COLUMBIA RESOURCE CO. *v.* ENVIRONMENTAL QUALITY COMMISSION OF THE STATE OF OREGON. Sup. Ct. Ore. [Certiorari granted, 509 U. S. 953.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 93–144. DEPARTMENT OF REVENUE OF MONTANA *v.* KURTH RANCH ET AL. C. A. 9th Cir. [Certiorari granted, 509 U. S. 953.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 93–5622. JONES *v.* JACKSON, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, ET AL. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 808] denied. JUSTICE GINSBURG took no part in the consideration or decision of this motion.

No. 93–6042. KRUSE *v.* IOWA DEPARTMENT OF HUMAN SERVICES. Ct. App. Iowa; and
No. 93–6255. STEINES ET UX. *v.* INTERNAL REVENUE SERVICE. C. A. 7th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until November 29, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.